UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COLLEEN ANNE WISDOM,

    Plaintiff,

v.                                                Case No: 8:20-cv-2689-JSS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**ORDER**

    THIS MATTER is before the Court *sua sponte*. On August 3, 2021, the Court entered a Scheduling Order directing Plaintiff to file her memorandum of law within sixty (60) days. (Dkt. 13.) Plaintiff requested an extension of this deadline (Dkt. 15), and the Court granted her request. (Dkt. 16.) Plaintiff then requested an additional extension (Dkt. 17), which the Court granted. (Dkt. 18.) Plaintiff was directed to file her memorandum of law on or before December 3, 2021. A review of the docket reveals that Plaintiff, represented by counsel, has failed to timely file her memorandum. Accordingly, it is **ORDERED** that Plaintiff shall file her memorandum of law no later than December 22, 2021. Alternatively, Plaintiff's action shall be dismissed *sua sponte* for failing to prosecute.

    **DONE** and **ORDERED** in Tampa, Florida, on December 15, 2021.

                                                            JULIE S. SNEED
                                           UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record